**DISMISS and Opinion Filed March 8, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00443-CR

**JEFFREY BRIAN WELLS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F19-51664-J**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Reichek

Before the Court is Appellant's Motion to Dismiss the Appeal. The motion is signed by appellant and appellant's counsel. The motion states, "The Appellant, after careful consideration and consultation with his attorney, wishes to dismiss his appeal in this matter. The Appellant asks this Court to grant that request based on Tex.R.App.P. 42.2."

We grant the motion and dismiss the appeal.

/Amanda L. Reichek/

Do Not Publish
TEX. R. APP. P. 47.2(b)

AMANDA L. REICHEK
JUSTICE

230443F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEFFREY BRIAN WELLS,
Appellant

No. 05-23-00443-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F19-51664-J.
Opinion delivered by Justice Reichek. Justices Carlyle and Miskel participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 8th day of March 2024.